## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

EDGARDO TORRES RODRIGUEZ,

     Plaintiff,

v.                             Case No. 6:23-cv-1110-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should affirm the Commissioner's decision. (Doc. 33 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 33) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and

against Plaintiff and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 16, 2024.

ROY B. DALTON, JR.
United States District Judge